IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR4 |
| | ) | |
| V. | ) | |
| | ) | |
| JUAN TORRES-MARTINEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that this case is removed from the undersigned's March 18, 2013 trial docket.  A status conference call between the undersigned and counsel of record is scheduled for Tuesday, March 19, 2013, at 8:45 a.m.  The undersigned's judicial assistant will coordinate the call.

DATED this 14th day of March, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge