IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR4 |
| | ) | |
| V. | ) | |
| | ) | |
| JUAN TORRES-MARTINEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

I held a conference call with the lawyers and Sara Pankoke, courtroom deputy for Judge Gossett. With the agreement of the lawyers and believing that Judge Gossett is willing to take a referral,

IT IS ORDERED that this case is referred to Judge Gossett to take the anticipated plea of guilty to a misdemeanor. The presentence investigation report is waived unless Judge Gossett orders otherwise. The parties should contact Judge Gossett to schedule further proceedings.

DATED this 19th day of March, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge